IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00017-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSHUA D. COLE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATE:   JANUARY 04, 2011

      This matter is set for Sentencing Hearing on January 14, 2011 at 11:00 am.

      The Court **VACATES** the Sentencing Hearing set for January 14, 2011 and RESCHEDULES the Sentencing Hearing to January 20, 2011 at 11:00 am.  Defendant Joshua Cole is **ORDERED** to appear at the rescheduled sentencing hearing.

      Defendant Joshua D. Cole is further **ORDERED** to contact the Probation Office, at 970-245-5396, located in the Wayne Aspinall Federal Building at 400 Rood Avenue, Suite 309, Grand Junction, Colorado and to meet with a probation officer by no later that Monday, January 10, 2011 for the purpose of preparing a pre-sentence investigation report.