IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00017-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA D. COLE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATE:   JANUARY 13, 2011

    The Court **VACATES** the Sentencing Hearing now set for January 20, 2011 at 11:00 a.m. and RESCHEDULES the Sentencing Hearing to February 07, 2011 at 10:30 a.m.

    The Defendant Joshua D. Cole is ordered to appear at the Sentencing Hearing on February 07, 2011 at 10:30 a.m.