IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00017-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA D. COLE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATE:   JANUARY 25, 2011

The Court, at the request of the Probation Office and to allow time for completion of the presentence investigation report, hereby **VACATES** the Sentencing Hearing set for February 07, 2011 at 10:30 a.m. and reschedules the sentencing Hearing to April 05, 2011 at 1:00 p.m.