IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00017-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSHUA D. COLE,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATE:  May 03, 2011

The Defendant has completed 40 plus hours of community service and has

provided verification to the Court.

The Defendant has fully complied with all the terms and conditions of his

sentence.

This case is **ORDERED** closed.